FILED

DEC 21 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NADIA FABIOLA ZAPATA-LOPEZ, Petitioner, v. LORETTA E. LYNCH, Attorney General, Respondent. | No. 16-73829 Agency No. A205-118-348 ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 2) is granted. The Clerk shall amend the docket to reflect this status.

The certified administrative record remains due January 30, 2017. The opening brief is due May 1, 2017; the answering brief is due July 3, 2017; and the optional reply brief is due within 14 days after service of the answering brief.

CC/MOATT